IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CORA JOHNSON,                    :

    Plaintiff,                   :
vs.                                               CA 04-00647-C
                                 :
JO ANNE B. BARNHART,
Commissioner of Social Security, :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,625.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing compensation for 13 hours of service by Wendy A. Pierce, Esquire, at the market rate of $125.00 an hour, and litigation expenses of $36.50, for a total award of $1,661.50.

**DONE** this the 2nd day of June, 2005.

                        s/WILLIAM E. CASSADY
                        **UNITED STATES MAGISTRATE JUDGE**